# EXHIBIT 1

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Troy Carr  
8505 Bowie Road  
Nanjemoy, Maryland  

    Plaintiff,

v.

JHT, Incorporated  
1 Resource Square  
13501 Ingenuity Drive, Suite 300  
Orlando, FL 32826  

    Defendant.

Case No. 05-0003488

**JURY TRIAL DEMANDED**

RECEIVED  
Civil Clerk's Office  
MAY 0 5 2005  
Superior Court of the  
District of Columbia  
Washington, D.C.

## COMPLAINT

COMES NOW, Plaintiff, by counsel, and complains of defendant as follows:

1. Plaintiff Troy Carr resides at 8505 Bowie Road, Namjemoy, MD 20662 and is a black male.

2. On information and belief, JHT, Incorporated, is an organization doing business in the District of Columbia and formerly employed Plaintiff at its business located at 3700 North Capital Street, NW, Washington, DC.

## FACTS

3. Plaintiff began working for Defendant in May 2004 as a Heating, Ventilation, and Air Conditioning engineer.

4. Soon after the Plaintiff was hired, the acting supervisor, a white male, made racially derogatory remarks towards him.

5. Plaintiff reported this incident to his direct supervisor, a white male.

6. On or about January 3, 2005, the same acting supervisor again made racially derogatory remarks towards the Plaintiff.

7. On that same day, Plaintiff reported this incident to his director supervisor, and to the person who was in charge of the property where they were working.

8. On or about January 5, 2005, Plaintiff reported the incident to the Human Resources Department for Defendant.

9. After the Plaintiff reported the January 2005 incident, Defendant continued to harass Plaintiff.

10. Defendant terminated Plaintiff's employment on February 11, 2005.

11. The reasons given for Plaintiff's termination are false, and the real reason Defendant terminated Plaintiff's employment was that he complained about what he in good faith believed to be unlawful discrimination.

12. Defendant's unlawful conduct was willful, malicious, wanton, and reckless.

## COUNT 1

13. Plaintiff repeats paragraphs 1-12 as if more fully set forth herein.

14. By and through its conduct, Defendant discriminated against Plaintiff on the basis of his race in violation of the District of Columbia Human Rights Act.

15. Plaintiff demands a trial by jury.

## COUNT 2

16. Plaintiff repeats paragraphs 1-15 as if more fully set forth herein.

17. By and through its conduct, Defendant violated the District of Columbia Human Rights Act, by retaliating against Plaintiff for having opposed and complained about what he in reasonable good faith believed to have been unlawful discrimination

18. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff demands judgment on Counts 1 and 2 against Defendant, in amounts to be determined by a jury, but not less than $50,000, consisting of damages for pain and suffering, lost wages, emotional distress, mental anguish, punitive damages, costs, reasonable attorney's fees, the amount of taxes due on any award, and such other relief as the Court deems just and fair.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all counts.

Date: May 4, 2005

Respectfully Submitted,

Alan Lescht & Associates, P.C.

By: _____
Alan Lescht, Esq. #441691
A. David Freeman, Esq. #484795
1050 17th Street, NW #220
Washington, DC 20036
202-463-6036
Attorneys for Plaintiff