UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TROY CARR,**<br><br>        **Plaintiff,**<br><br>                **v.**<br><br>**JHT, INC.,**<br><br>        **Defendant.** | **Civil Action No.  05-1357 (JDB)** |

### ORDER FOR INITIAL SCHEDULING CONFERENCE

It is hereby ORDERED that the initial scheduling conference in this matter is hereby set for August 18, 2005, at 9:00 a.m.  Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise.  Parties are welcome to attend.

Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Fed. R. Civ. P. 26(f), and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than 14 days following their conference (see Local Civil Rule 16.3(d)), and in no event less than three business days before the initial scheduling conference.  Counsel may also include in their Joint Rule 16.3 Report a brief statement of the case and any statutory basis for all causes of action and defenses.

Written communication with the Court is to be by motion, opposition, and reply, rather than letter.  See Local Civil Rule 5.1(b).  The parties are directed to the requirements of Local Civil Rule 7.1(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7.1(m) regarding the duty to confer on all

nondispositive motions (including those for enlargements of time).

                                        /s/ John D. Bates
                                        JOHN D. BATES
                                      United States District Judge

Date:   July 18, 2005

Copies to:

Alan Lescht
1050 17th St NW
Suite 220
Washington, DC 20036-5545
(202) 463-6036
Fax: (202) 463-6067
Email: alescht@mindspring.com
      *Counsel for Plaintiff*

Damien G. Stewart
HOLLAND & KNIGHT LLP
2099 Pennsylvania Ave., NW
Suite 100
Washington, DC 20006-6801
(202) 955-3000
Fax: (202) 955-5564
Email: dgstewart@hklaw.com
      *Counsel for Defendant*