UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| TROY CARR | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 1:05-cv-01357 (JDB) |
| JHT, Incorporated | ) |
| | ) |
| Defendant. | ) |
| | ) |

### DEFENDANT'S CERTIFICATE UNDER LCvR 7.1

I, the undersigned counsel of record for Jardon and Howard Technologies, Inc. ("JHT"), certify that to the best of my knowledge and belief, JHT has no parent, subsidiary, or affiliated companies that have any outstanding securities in the hands of the public.

These representations are made in order that the judges of this court may determine the need for recusal.

Dated:  August 2, 2005

Respectfully submitted,

HOLLAND AND KNIGHT LLP

By: _____
Philip T. Evans, Bar No.: 441735
Damien G. Stewart, Bar No.: 465266
Holland and Knight LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, D.C.  20006
Phone:  (202) 955-3000
Fax:    (202) 955-5564

Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a copy of Defendant's Certificate Under LCvR7.1, on the following via electronic and by first-class mail on this 2nd day of August, 2005.

Alan Lescht
1050 17th Street, N.W., Suite 220
Washington, D.C. 20036

*Counsel for Plaintiff*

_____
Damien G. Stewart

# 3071160_v1