UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Troy Carr | * | Civ. Action No. 05-1357 (JDB) |
|     Plaintiff, | * | |
| v. | * | |
| JHT, Inc. | * | |
|     Defendant. | * | |

## JOINT MEET AND CONFER STATEMENT

Pursuant to F.R.Civ.P. 26(f), L.Cv.R. 16.3, and the Court's General Order and Guidelines for Civil Cases (ECF) (the "General Order"), the parties, through their undersigned counsel, hereby state that they conducted the conference required by those rules and Order and reached the agreements set forth herein. Pursuant to the rules of this Court and the General Order, counsel submit this report and a proposed Scheduling Order incorporating the parties' suggestions.

1. **Dispositive Motions**

   Plaintiff does not intend to file a dispositive motion. Defendant intends to file a motion for summary judgment after the close of discovery.

2. **Joinder and Amendment**

   The parties agree that third party pleadings and amended pleadings, if any, should be filed within 60 days after the entry of a Scheduling Order unless otherwise ordered by the Court for good cause shown.

3. **Magistrate Judge**

   The parties do not consent to assignment of this case to a Magistrate Judge.

4. **Settlement**

The parties consent to mediation before a Magistrate Judge at the close of discovery.

5. **ADR**

The parties consent to mediation before a Magistrate Judge at the close of discovery.

6. **Dispositive Motions Schedule**

The parties propose that any dispositive motions be filed no later than 60 days after the close of discovery; any opposition be filed within 20 days after the filing of the motion; and any reply be filed within 10 days after the filing of the opposition.

7. **Initial Disclosures**

The parties agree to dispense with initial disclosures under FRCivP 26(a)(1).

8. **Extent of Discovery**

The parties propose that fact discovery close four months after the date the Scheduling Order is entered. The parties agree that the limitations on discovery contained in F.R.Civ.P. 30, 33, & 34 should apply.

9. **Expert Witnesses**

The parties recommend that the expert disclosures, if any, required by F.R.Civ.P. 26(a)(2) be made 45 days before the close of fact discovery; and that any rebuttal expert disclosure be made 30 days thereafter. Expert depositions, if any, are to be conducted within 30 after all expert disclosures are completed.

10. **Class Action**

This is not a class action lawsuit.

11. **Bifurcation**

The parties do not now seek bifurcation of discovery or trial.

12. **Pre-trial Conference**

The parties request that the Court schedule the Pre-trial Conference at a status conference which should be held after the close of discovery and mediation.

13. **Trial Date**

Plaintiff requests that the Court schedule the Trial at the status conference to be held at the close of discovery.

14. **Proposed Order**

A proposed Scheduling Order is submitted herewith.

Date: August 2, 2005

Respectfully submitted,

_____
Alan Lescht #441691
Alan Lescht & Associates, P.C.
1050 17th St., N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036

*Attorneys for Plaintiff*

_____
Philip T. Evans, Bar No.: 441735
Damien G. Stewart, Bar No.:465266
HOLLAND AND KNIGHT LLP
2099 Pennsylvania Avenue, NW
Washington, D.C. 20006
Phone: (202) 955-3000

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Troy Carr | * | Civ. Action No. 05-1357 (JDB) |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| JHT, Inc. | * | |
| | * | |
| Defendant. | * | |

## SCHEDULING ORDER

Upon consideration of the joint meet and confer report of the parties, it is hereby ORDERED as follows:

1. Third party pleadings and amended pleadings shall be filed within 60 days after the entry of this Order.

2. Any dispositive motions shall be filed no later than 60 days after the close of discovery, any opposition shall be filed within 20 days after service, and any reply shall be filed within 10 days after the opposition is filed.

3. Initial disclosures are not required.

4. Discovery shall close on _____, 2005.

5. Expert disclosures shall be made 45 days before the close of fact discovery; and that any rebuttal expert disclosure be made 30 days thereafter. Expert depositions, if any, are to be conducted within 30 after all expert disclosures are completed.

6. The case is referred to mediation before Magistrate Judge _____. The mediation must take

4

place on or before _____.

7. A status conference shall be held on _____.

8. The pre-trial conference shall be on _____.

9. The trial of this case shall be on _____.

**SO ORDERED** on this ___ day of _____, 2005.

                                                _____
                                                Hon. John D. Bates
                                                United States District Judge

# 3097739_v1