UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TROY CARR,**<br><br>    **Plaintiff,**<br><br>            v.<br><br>**JHT, INC.,**<br><br>    **Defendant.** | Civil Action No.  05-1357 (JDB) |

## SCHEDULING ORDER

Pursuant to the conference with the Court on this date, and the Joint Rule 16.3 Report, it is hereby **ORDERED** as follows:

1. All discovery shall be completed by January 5, 2006.  The parties shall be bound by the limits on discovery set forth in the Federal Rules of Civil Procedure.

2. The parties have agreed to dispense with the required disclosures under Fed. R. Civ. P. 26(a)(1).

3. The parties' initial expert reports and information, if any, concerning liability and damages will be served by November 4, 2005.  Rebuttal expert reports shall be made by December 5, 2005.  Expert depositions, if any, shall be completed by the end of discovery.

4. Dispositive motions shall be filed by not later than March 3, 2006.  Oppositions shall be filed by not later than March 27, 2006.  Replies, if any, shall be filed by not later than April 7, 2006.

5. A status conference shall be held on January 6, 2006, at 9:00 am.

                    /s/ John D. Bates
                    JOHN D. BATES
                United States District Judge

Date: August 29, 2005

Copies to:

Alan Lescht
1050 17th St NW
Suite 220
Washington, DC 20036-5545
(202) 463-6036
Fax: (202) 463-6067
Email: alescht@mindspring.com
    *Counsel for Plaintiff*

Damien G. Stewart
HOLLAND & KNIGHT LLP
2099 Pennsylvania Ave., NW
Suite 100
Washington, DC 20006-6801
(202) 955-3000
Fax: (202) 955-5564
Email: dgstewart@hklaw.com
    *Counsel for Defendant*