UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| TROY CARR, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:05-CV-1357 (JDB) |
| ) | |
| v. ) | |
| ) | |
| JHT, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT MOTION FOR EXTENSION OF DISCOVERY
## AND RELATED PRETRIAL DEADLINES

Pursuant to Local Rule 16.1(b), Plaintiff, Troy Carr, and Defendant, Jardon & Howard Technologies, Inc., by and through their undersigned counsel, hereby submit this Joint Motion for Extension of the Discovery and Related Pretrial Deadlines. As grounds for the instant Motion, the Parties state as follows:

1. Plaintiff's Complaint was filed on May 4, 2005. Defendant filed its Answer on July 15, 2005. Since that time, the Parties have exchanged discovery. In order to complete the discovery process the Parties need to take a few remaining depositions. However, the advancing holidays and conflicts between the schedules of the witnesses and Counsel have frustrated attempts to secure deposition dates before the close of the discovery period on January 5, 2006.

2. Accordingly, the Parties respectfully request that the Court extend the discovery deadline in this matter, as well as the related pretrial deadlines, by a brief thirty (30) days. The Parties further state that this extension is not interposed for purposes of delay.

Dated:  December 15, 2005

_____
Philip T. Evans, Bar No.: 441735
Damien G. Stewart, Bar No.: 465266
HOLLAND AND KNIGHT LLP
2099 Pennsylvania, Avenue, NW
Washington, DC 20006
Phone: (202) 955-3000
Fax:    (202) 955-5564
*damien.stewart@hklaw.com*

*Counsel for Defendant*

_____
Alan Lescht, Bar No.: 441691
A. David Freeman, Bar No.: 484795
Alan Lescht & Associates, P.C.
1050 Seventeenth Street, N.W.
Washington, D.C. 20036
Phone: 202-463-6036
Fax: 202-463-6067
*alescht@mindspring.com*

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| TROY CARR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JHT, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 1:05-CV-1357 (JDB) |

### ORDER GRANTING THE PARTIES' JOINT MOTION FOR EXTENSION OF DISCOVERY AND RELATED PRETRIAL DEADLINES

THIS CAUSE came before the court upon the Parties' Joint Motion for Extension of Discovery and Related Pretrial Deadlines, filed December 14, 2005.

THE COURT having considered the motion, the pertinent portions of the record and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the motion is granted. The discovery deadline in this case will be February 6, 2006. Dispositive motions must be filed on or before April 3, 2006. Oppositions shall be filed by no later than April 27, 2006. Replies, if any, shall be filed not later than May 8, 2006.

DONE AND ORDERED this __ day of December, 2005.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

cc:     All counsel of record