## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| TROY CARR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:05-CV-1357 (JDB) |
| | ) | |
| v. | ) | |
| | ) | |
| JHT, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### JOINT MOTION FOR SECOND EXTENSION OF DISCOVERY AND RELATED PRETRIAL DEADLINES

Pursuant to Local Rule 16.1(b), Plaintiff, Troy Carr, and Defendant, Jardon & Howard Technologies, Inc., by and through their undersigned counsel, hereby submit this Joint Motion for Extension of the Discovery and Related Pretrial Deadlines. As grounds for the instant Motion, the Parties state as follows:

1.      Plaintiff's Complaint was filed on May 4, 2005. The Parties have exchanged written discovery. In order to complete the discovery process, several additional depositions must be scheduled. However, due to an illness by Counsel and because some of the proposed deponents are no longer employed by JHT, nor subject to its control, the Parties need additional time to complete the depositions beyond the current February 6 discovery deadline.

2.      Accordingly, the Parties respectfully request that the Court extend the discovery deadline in this matter, as well as the related pretrial deadlines, by a brief thirty (30) days. The Parties acknowledge that the instant request is for a second extension of deadlines in this matter, however, the Parties affirm that this extension is not interposed for purposes of delay.

WHEREFORE, the Parties respectfully request that the Court grant the instant motion and extend the discovery and related pretrial deadlines by thirty days.

Dated: February 1, 2006

_____
Philip T. Evans, Bar No.: 441735
Damien G. Stewart, Bar No.: 465266
Holland & Knight LLP
2099 Pennsylvania, Avenue, N.W.
Washington, DC 20006
Phone: (202) 955-3000
Fax:    (202) 955-5564
*damien.stewart@hklaw.com*
*Counsel for Defendant*

_____
Alan Lescht, Bar No.: 441691
A. David Freeman, Bar No.: 484795
Alan Lescht & Associates, P.C.
1050 Seventeenth Street, N.W.
Washington, D.C. 20036
Phone: (202) 463-6036
Fax: (202) 463-6067
*alescht@mindspring.com*
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| TROY CARR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:05-CV-1357 (JDB) |
| | ) | |
| v. | ) | |
| | ) | |
| JHT, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER GRANTING THE PARTIES' JOINT MOTION FOR SECOND EXTENSION OF DISCOVERY AND RELATED PRETRIAL DEADLINES

THIS CAUSE came before the court upon the Parties' Joint Motion for Second Extension of Discovery and Related Pretrial Deadlines, filed February 1, 2006.

THE COURT having considered the motion, the pertinent portions of the record and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the motion is granted. The discovery deadline in this case will be March 6, 2006. Dispositive motions must be filed on or before April 10, 2006. Oppositions shall be filed by no later than May 4, 2006. Replies, if any, shall be filed not later than May 16, 2006. No further extensions will be granted.

DONE AND ORDERED this __day of February, 2006.


_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE


cc:    All counsel of record


# 3452626_v1