UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| TROY CARR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JHT, INC., ) <br> ) <br> Defendant. ) | Civil Action No.: 1:05-CV-1357 (JDB) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Parties, through their undersigned counsel, hereby submit this Joint Stipulation for Dismissal With Prejudice.

This is to inform the Court that the Parties have reached an amicable resolution to this matter. Accordingly, the Parties respectfully request that the Court enter the attached order dismissing this case with prejudice.

Respectfully submitted,

ALAN LESCHT & ASSOCIATES

By: /s/
Alan Lescht
Anthony D. Freeman
Alan Lescht & Associates, P.C.
1050 17TH Street, N.W.
Suite 220
Washington, D.C. 20036

*Counsel for Plaintiff*

HOLLAND & KNIGHT LLP

By: /s/
Damien G. Stewart
Holland & Knight LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, D.C. 20006

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| TROY CARR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Civil Action No.: 1:05-CV-1357 (JDB) |
| JHT, INC., | ) ) ) |
| Defendant. | ) ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** came before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice.

**THE COURT** having considered the Stipulation, reviewed the file, and being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that this action is Dismissed with Prejudice. This Court retains jurisdiction over this matter to enforce the terms of the Agreement between the Parties, including the calculation of the Settlement Payment.

**DONE AND ORDERED** in chambers this ___ day of May, 2006.

 

 

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record

# 3756436_v1