UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 0 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TROY CARR,　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　)　　Civil Action No.: 1:05-CV-1357 (JDB)
　　　　　　　　　　　　　　　　)
JHT, INC.,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　)
　　　　　　　　　　　　　　　　)

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice.

**THE COURT** having considered the Stipulation, reviewed the file, and being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that this action is Dismissed with Prejudice. This Court retains jurisdiction over this matter to enforce the terms of the Agreement between the Parties, including the calculation of the Settlement Payment.

**DONE AND ORDERED** in chambers this 2nd day of May, 2006.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc:　　All counsel of record

# 3756436_v1